1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BRIAN MOFFITT,                              No.  2:16-cv-0824 CKD P

12                  Petitioner,

13        v.                                      ORDER

14   SALINAS VALLEY STATE PRISON,

15                  Respondent.

16

17        On April 26, 2016, petitioner was ordered to submit a request to proceed in forma

18   pauperis or pay the appropriate filing fee for this action within thirty days.  The thirty day period

19   has now expired, and petitioner has not responded to the court's order.  Petitioner has consented

20   to have all matters in this action before a United States Magistrate Judge.  See 28 U.S.C. § 636(c).

21        In accordance with the above, IT IS HEREBY ORDERED that this action is dismissed

22   without prejudice.

23   Dated:  June 16, 2016

24                                                _____
                                                 CAROLYN K. DELANEY
25                                               UNITED STATES MAGISTRATE JUDGE

26   1
     moff0824.fifp
27

28